UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cv-80242-ROSENBERG

UNITED STATES OF AMERICA,

   Plaintiff,

*ex rel*. RELATOR LLC, a California limited liability company,

   Relator,

 v.

TONY LORDI, an individual,
MICHAEL GRIMALDI, an individual,
FRENCHMAN'S RESERVE COUNTRY CLUB, a Florida nonprofit corporation, and DOES 1-10,

   Defendants.

**FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

### SEALED ORDER OF DISMISSAL WITHOUT PREJUDICE

The Relator having filed a Notice of Voluntary Dismissal Without Prejudice (D.E. 12) pursuant to Rule 41 (a), Federal Rules of Civil Procedure and the United States having consented to dismissal without prejudice pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) (D.E. 13), the Court rules as follows:

IT IS ORDERED that:

   1. This action is DISMISSED WITHOUT PREJUDICE.

   2. This action **SHALL remained SEALED** until further Order of this Court upon motion of the United States to unseal.

   3. This case is closed.

   4.    **DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 31st day of May, 2023.

*[signature]*

**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

**Conformed copies** *by eMail to*:
Counsel for United States and Relator on Attached Service List

-2-

## SERVICE LIST

*United States of America, ex rel. Relator, LLC,*
Case No CASE NO.: 9:23-cv-80242-ROSENBERG
United States District Court, Southern District of Florida

| **James A. Weinkle**<br>**Assistant United States Attorney**<br>101 South U.S. Highway One, Suite 3100<br>Fort Pierce, FL 34950<br><br>Email: James.Weinkle@usdoj.gov<br><br>Telephone: 772.293.0945<br><br>Counsel for the United States<br><br>*Via eMail* | **William R. Barzee, Esq.**<br>**LAW OFFICES OF WILLIAM R. BARZEE, P.A.**<br>40 N.W. 3rd Street, PH 1<br>Miami, FL 33128<br><br>Email: Williambarzee@barzeeflores.com<br><br>Telephone: 305.374.3998<br><br>Counsel for Relator<br><br>*Via Email* |